FILED
John E. Triplett, Clerk of Court
United States District Court

By JamesBurrell at 1:53 pm, Aug 14, 2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: | 4:24CR-79 |
| | ) | | |
| v. | ) | 18 U.S.C. §§ 7 and 13 | |
| | ) | | |
| DESTINY M. STITES | ) | O.C.G.A. § 16-12-4(b) | |
| | ) | Cruelty to Animals | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
*Cruelty to Animals*
O.C.G.A. § 16-12-4(b)

On or about February 28, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**DESTINY M. STITES,**

did cause physical pain, suffering, and death to an animal, an approximately six year old male dog akin to a bluetick coonhound, by an unjustifiable act and omission, and having intentionally exercised custody, control, possession, and ownership of said animal, failed to provide such animal adequate food, water, sanitary conditions, and ventilation that is consistent with what a reasonable person of ordinary knowledge would believe is the normal requirement and feeding habit for such animal's size, species, breed, age, and physical condition in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-12-4(b).

**{Signatures on the next page}**

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Sarah N. Brettin*

Sarah N. Brettin
Special Assistant United States Attorney
DC Bar No. 1723920


*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559